■ In the Matter of MILAGROS CRUZ v. PHILIP PATES.— Motion to dismiss appeal granted, with $10 costs, unless the appellants procure the record on appeal and appellants' points to be served and filed on or before February 21, 1963, with notice of argument for March 5, 1963, said appeal to be argued or submitted when reached. Concur— Botein, P. J., Breitel, Valente, Eager and Steuer, JJ.

■ MORTIMER J. WOLFORD v. IRENE W. HASKINS et al.— Motion for an order directing appellants to serve and file a supplementary record granted to the extent of directing the defendants to serve and file six typewritten or mimeographed copies of the supplemental record which shall contain all papers considered on the motion for resettlement on or before January 18, 1963. Concur— Botein, P. J., Breitel, Valente, Eager and Steuer, JJ.

■ COMMISSIONER OF WELFARE OF THE CITY OF NEW YORK v. SAMUEL RICHARD.— Motion to dispense with printing granted only insofar as to permit the appeal to be heard upon a typewritten or mimeographed record, without printing the same, and upon typewritten or mimeographed appellant's points, upon condition that the appellant serves one copy of the typewritten or mimeographed record and one copy of the typewritten or mimeographed appellant's points on the attorney for the respondent and files 6 typewritten copies or 19 mimeographed copies of both the record on appeal and appellant's points with this court, on or before March 5, 1963, with notice of argument for the April 1963 Term of this court, said appeal to be argued or submitted when reached. Concur— Botein, P. J., Breitel, Valente, Eager and Steuer, JJ.

■ SIGMUND POLLACK, Doing Business as AMERICAN PATENT & TRADE-MARK BUREAU v. ADDRESSOGRAPH-MULTIGRAPH CORPORATION, LOUIS VETRANO.— Motion for leave to appeal as a poor person denied. Concur— Botein, P. J., Breitel, Valente, Eager and Steuer, JJ.

■ ELAINE YANOFSKY v. NAT YANOFSKY.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before February 21, 1963, with notice of argument for March 5, 1963, said appeal to be argued or submitted when reached. Concur— Botein, P. J., Breitel, Valente, Eager and Steuer, JJ.

■ CHESTER AIRPORT, INC., v. AEROFLEX CORPORATION.— Motion for a stay granted on condition that defendant-appellant posts a surety bond in the sum of $30,000 within 10 days after the entry of the order herein and on the further condition that the appellant procures the record on appeal and appellant's points to be served and filed on or before February 5, 1963, with notice of argument for the March 1963 Term of this court, said appeal to be argued or submitted when reached. Concur— Botein, P. J., Breitel, Valente, Eager and Steuer, JJ.

■ SIMON BEER v. MOTOR VEHICLE ACCIDENT INDEMNIFICATION CORPORATION.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before February 21, 1963, with notice of argument for March 5, 1963, said appeal to be argued or submitted when reached. Concur— Botein, P. J., Breitel, Valente, Eager and Steuer, JJ.

■ MICHAEL KAMEN v. NEW YORK STOCK EXCHANGE et al.— Motion for leave to appeal as a poor person denied. Concur— Botein, P. J., Breitel, Valente, Eager and Steuer, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. JOSEPH JOHNSON.— Motion for leave to dispense with printing granted to the extent and on the terms and conditions contained in the order of this court filed herein. Concur— Botein, P. J., Breitel, Valente, Eager and Steuer, JJ.